(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hoover, Parathinia R.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Pat Hoover** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**8507** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3715 Windy Hill Court<br>Aurora, IL 60504** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>*Chapter 13W/No Plan* |
| County of Residence or of the<br>Principal Place of Business: **DuPage** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☑ Individual(s)     ☐ Railroad<br>☐ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other _____     ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7     ☐ Chapter 11     ☑ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business     ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>☐ | 16-49<br>☑ | 50-99<br>☐ | 100-199<br>☐ | 200-999<br>☐ | 100<br> |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,<br>$100 m<br> |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to<br>$50,000<br>☐ | $50,001 to<br>$100,000<br>☐ | $100,001 to<br>$500,000<br>☑ | $500,001 to<br>$1 million<br>☐ | $1,000,001 to<br>$10 million<br>☐ | $10,000,001 to<br>$50 million<br>☐ | $50,000,<br>$100 m<br> |
|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/31/2004
Time: 9:48:45
Debtor: PARATHINIA R HOOVER
Case: 04-32195      Fee : 194
Chapter: 13 Rec. # : 3098580
Judge: John Squires
341 mtg: 10/14/2004 @ 10:00AM
ConfHrg: 10/22/2004 @ 11:30AM
Trustee: GLENN STEARNS
```

1:04BK32195-BK001

(Official Form 1) (12/03)                                                                                              FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s) **Parathinia R. Hoover** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**97 B 26496** | Date Filed:<br>**08/29/1997** |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Parathinia R. Hoover*
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*8-24-04*
Date

X *Sarah L. Poeppel*    Signature of Attorney
Signature of Attorney for Debtor(s)

**Sarah L. Poeppel,**

Printed Name of Attorney for Debtor(s) / Bar No.

**Sarah L. Poeppel**
Firm Name

**608 S. Washington Street  Suite 210**
Address

**Naperville, IL  60540**

**630/416-0221**                              **630/357-0527**
Telephone Number

*8-24-04*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Name of Debtors:    **Parathinia R. Hoover**

Case Number:

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS | | |
|---|---|---|
| Location Where Filed | Case Number | Date Filed |
| **Northern District of Illinois** | **02 B 10676** | **03/18/2002** |

Sarah L. Poeppel
 Sarah L. Poeppel
608 S. Washington Street
Suite 210
Naperville, IL 60540

630/416-0221
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor:  **Parathinia R. Hoover**
Social Security Number:  **8507**

Case No:

Chapter **13**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **A T & T**<br>P.O. Box 173885<br>Denver, CO 80217-3885 | Unsecured Claims | $  1,596.01 |
| 2.  **Americash Loans, LLC**<br>800 Lee Street, # 302<br>DesPlaines, IL 60016-000 | Unsecured Claims | $  1,200.00 |
| 3.  **Bankcard Services**<br>P.O. Box 88000<br>Baltimore, MD 21288-0001 | Unsecured Claims | $    390.30 |
| 4.  **Columbia House**<br>Terre Haute, IN 47811 | Unsecured Claims | $   126.67 |
| 5.  **DePaul University**<br>1 East Jackson Blvd., Ste. 9900<br>Chicago, IL 60604-2287 | Unsecured Claims | $  3,500.00 |

Numbered Listing of Creditors - Page 1

In re:   **Parathinia R. Hoover**                                    Case No. _____

| No. | Creditor | Claim Type | Amount |
|---|---|---|---|
| 6. | **DuPage Schools Credit Union**<br>P.O. Box 3930<br>Naperville, IL 60567-3930 | **Unsecured Claims** | $ 3,162.83 |
| 7. | **DuPage Surgical Consultants, Ltd.**<br>7 Blanchard Circle, # 104<br>Wheaton, IL 60187 | **Unsecured Claims** | $ 220.80 |
| 8. | **DuPage Valley Anesthesiologists, Ltd.**<br>185 Penny Avenue<br>East Dundee, IL 60118 | **Unsecured Claims** | $ 104.00 |
| 9. | **Ecast Settlement Corporation**<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | **Unsecured Claims** | $ 455.28 |
| 10. | **Edward Hospital**<br>P.O. Box 4207<br>Carol Stream, IL  60197 | **Unsecured Claims** | $ 433.40 |
| 11. | **First Premier Bank**<br>P.O. Box 5519<br>Sioux Falls, SD 57117-5519 | **Unsecured Claims** | $ 306.41 |
| 12. | **First Premier Bank Visa**<br>P.O. Box 5519<br>Sioux Falls, SD 57117-5147 | **Unsecured Claims** | $ 392.10 |
| 13. | **GMAC Mortgage**<br>500 Enterprise Road, # 150<br>Horsham, PA 19044-0000 | **Secured Claims** | $ 247,623.20 |
| 14. | **Internal Revenue Service**<br>Stop 5014 CHI<br>P.O. Box 745<br>Chicago, IL  60690 | **Unsecured Claims** | $ 29,000.00 |

Numbered Listing of Creditors - Page 2

In re:    **Parathinia R. Hoover**                                              Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Joseph R. Wells, DDS Ltd.**<br>416 E. Roosevelt Road, Ste. 100<br>Wheaton, IL 60187 | **Unsecured Claims** | $    193.00 |
| 16. | **MCI**<br>**Consumer Markets**<br>P.O. Box 4450<br>Bridgeton, MO 63044 | **Unsecured Claims** | $    245.44 |
| 17. | **Meadow Lakes Owners Association**<br>c/o Karen A. Peacher<br>3600 Thayer Ct., Ste. 100<br>Aurora, IL  60504 | **Secured Claims** | $    400.00 |
| 18. | **North Shore Agency, Inc.**<br>751 Summa Avenue<br>Westbury, NY 11590 | **Unsecured Claims** | $    81.55 |
| 19. | **Prism Mortgage**<br>P.O. Box 54 - 2934<br>Chicago, IL 60654-0934 | **Secured Claims** | $  3,367.88 |
| 20. | **Providian Visa**<br>P.O. Box 9016<br>Pleasanton, CA 94566-9016 | **Unsecured Claims** | $  1,158.24 |
| 21. | **Quest Diagnostics**<br>P.O. Box 7304<br>Hollister, MO 65673-7304 | **Unsecured Claims** | $    42.00 |
| 22. | **Sarah L. Poeppel**<br>608 S. Washington St., Ste. 210<br>Naperville, IL 60540 | **Unsecured Claims** | $  2,800.00 |
| 23. | **TCF National Bank**<br>c/o ACC International<br>919 Estes Court<br>Schaumburg, IL 60193-4436 | **Unsecured Claims** | $    316.27 |

In re:   **Parathinia R. Hoover**                                          Case No. _____

24 .   **The Swiss Colony**                    **Unsecured Claims**              $   371.34
       **P.O. Box 740933**
       **Dallas, TX 75374-0000**

25 .   **Triad Financial Corporation**         **Secured Claims**               $  9,282.00
       **7711 Center Ave., Ste. 100**
       **Huntington Beach, CA 92647**

26 .   **Verizon Wireless**                    **Unsecured Claims**             $   300.00
       **Financial Services**
       **1515 Woodfield Road, Ste. 1400**
       **Schaumburg, IL 60173**

27 .   **Von Maur**                            **Unsecured Claims**             $    56.00
       **6565 Brady Street**
       **Davenport, IA  52806**

Numbered Listing of Creditors - Page 4

In re:   **Parathinia R. Hoover**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Parathinia R. Hoover**, named as debtor in this case, declare under penalty of perjury that I have read the foregoing
Numbered Listing of Creditors, consisting of **4 sheets** (not including this declaration), and that it is true to the best of my
information and belief.

Signature:  _Parathinia R. Hoover_
Parathinia R. Hoover

Dated:  _8-24-04_

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:       **Parathinia R. Hoover**

Debtor

Case No. _____

Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,200.00 |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | 2,200.00 |

2. The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) [Other provisions as needed]
**The dollar amount does not include the filing fee.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**Motion, contested & adversary proceeding practice.  The attorney is not acting as a financial planner.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: *8-24-04*

*Sarah L. Poeppel*
**Sarah L. Poeppel, Bar No.**

**Sarah L. Poeppel**
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                    )
                                          )
                                          )
       PARATHINIA R. HOOVER,              )       Case No. 04 B _____
                                          )       Chapter 13
                      Debtor.             )       Judge John H. Squires
                                          )

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 32

       The above-named Debtor(s) hereby verifies that the list of
creditors is true and correct to the best of my (our) knowledge.

Dated: 8-24-04

_____
                Debtor

A:\hoovmatrx.wpd\bvi