UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 32195
   PARATHINIA R HOOVER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-8507
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/31/04 and confirmed on 01/07/05.

2. The case was converted to Chapter 7 after confirmation, 10/11/2006.

3. The Debtor paid a total of $  6116.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | .00 | .00 | .00 |
| VILLAGES AT MEADOWLAKES | SECURED | 400.00 | .00 | 11.09 |
| TRIAD FINANCIAL | SECURED | 9282.00 | 1573.28 | 2035.68 |
| AT&T CABLE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 396.00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 484.28 | .00 | .00 |
| DYMACOL | UNSECURED | NOT FILED | .00 | .00 |
| DEPAUL UNIVERSITY | FILED LATE | .00 | .00 | .00 |
| DUPAGE SCHOOLS CREDIT UN | UNSECURED | 4522.46 | .00 | .00 |
| DUPAGE SURGICAL CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 259.10 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 382.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 28500.00 | .00 | .00 |
| JOSEPH R WELLS DDS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MCI TELECOMMUNICATIONS I | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SARAH L POEPPEL ESQ | UNSECURED | 3151.00 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 398.17 | .00 | .00 |

```
VERIZON WIRELESS          UNSECURED        999.90           .00          .00
VON MAUR                  UNSECURED     NOT FILED           .00          .00
AT&T WIRELESS             UNSECURED     NOT FILED           .00          .00
MERRICK BANK              UNSECURED        261.07           .00          .00
MERRICK BANK              UNSECURED        506.71           .00          .00
NICOR GAS                 UNSECURED        512.63           .00          .00
SARAH L POEPPEL           REIMBURSEMENT     26.00           .00        26.00
TRIAD FINANCIAL           UNSECURED       2679.63           .00          .00
INTERNAL REVENUE SERVICE  PRIORITY         500.00           .00          .00
AMERICASH LOANS           UNSECURED        780.10           .00          .00
RJM ACQUISITIONS LLC      UNSECURED         73.83           .00          .00
FIRST EXPRESS             FILED LATE          .00           .00          .00
```

Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED     9682.00        526.00     43907.76         .00      54115.76
PRINCIPAL PAID         2046.77         26.00          .00         .00       2072.77
INTEREST PAID          1573.28           .00          .00         .00       1573.28
TOTAL PAID             3620.05         26.00          .00         .00       3646.05
```

The Debtor's attorney, SARAH L POEPPEL              , was allowed $   2200.00
and was paid $    2200.00 .

The Trustee received $    269.95 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 04/16/07                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 04 B 32195 PARATHINIA R HOOVER